FILED
ASHEVILLE, N.C.
MAR 06 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

Hand-Delivered

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

__Asheville__ Division

Joseph Edward Colosi

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Dr. Steven S. Hauser M.D.

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:18cv59
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Joseph Edward Colosi
- Street Address: 17 Parker Cove Rd.
- City and County: Weaverville, Buncombe
- State and Zip Code: North Carolina 28787
- Telephone Number: (828) 367-5244
- E-mail Address: plunderpigge@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Dr. Steven S. Hauser M.D.
Job or Title (if known): Personal Care Provider
Street Address: 15 Skyland Dr.
City and County: Arden, Buncombe
State and Zip Code: North Carolina 28704
Telephone Number: (828) 654-5001
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __Joseph Edward Colos__, is a citizen of the State of (name) __North Carolina__.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) __Dr. Steven Hauser M.D.__, is a citizen of the State of (name) __North Carolina__. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

1.5 million Mental, Emotional, Physical - Abuse Torture, torment, Refusal of Diagnosis. Reversal of Diagnosis, Inappropriate filing methods Talking in & out of House About my Personal Well Being

Page 3 of 5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) _____, at (place) Park Ridge South 15 Skyland Inn Drive Arden N.C. 28704,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

Did diagnose me with a torn rotator cuff then Reversed the diagnosis. Did state that I had previously had earlier surgery I had not had (twice) then told me they never told me as such. Talking in and out of house about my personal medical condition and past supposed transgressions?

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

Calling a torn rotator cuff chronic pain while overturning MRI result diagnosis after plaintiff had argument with Miriam Schwartz the Western North Carolina Medical Society Director in which she first agreed to terms and then after finding out my the plaintiff's condition and medical needs, had no office notes on plaintiff's condition even though plaintiff had physical in past 6 mos. (ailments mentioned)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

While labeling plaintiff with (DSB) Drug Seeking Behavior

1.5 million Mental, Physical, Emotional — Stress, Torture, Torment, Harassment over my medical condition, Lack of diagnosis (Lumbar, Knee, Neck and Shoulder) Reversal of diagnosis. (Knee - Shoulder) Improper record keeping Talking in and out of house about my personal medical condition and needs which I am still being refused proper medical treatment for / medical blacklisting

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 6th 2018

Signature of Plaintiff: Joseph Edward Colosi

Printed Name of Plaintiff: Joseph Edward Colosi

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____